JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JENNIFER WHITMORE, ET AL. )
)
         Plaintiff, )
)
  -v- )    Case No. SACV11-0689-DOC(RNBx)
)
BLUE CROSS OF CALIFORNIA, ETC., ET AL.)    ORDER DISMISSING
)    CIVIL ACTION
         Defendants. )
_____ )

    The Court having been advised by counsel for the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 60 days, to reopen this action if settlement is not consummated.

DATED: August 16, 2011

_____
DAVID O. CARTER
United States District Judge